DAVID A. ROSENFELD, Bar No. 058163
ALAN CROWLEY, Bar No. 203438
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone:  (510) 337-1001
Facsimile:   (510) 337-1023
courtnotices@unioncounsel.net
Admitted Pro Hac Vice

MARC PICKER, Nevada Bar No. 3566
THE LAW OFFICES OF MARC PICKER, ESQ., LTD
Billinghurst Mansion
729 Evans Avenue
Reno, NV  89511
Telephone:    (775) 324-4533
Facsimile:    (775) 324-5444
mpickesq@msn.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDUARDO ARTEAGA, FRANCISCO FLORES, TOMAS NAVA, and JORGE MURGUIA, individually and on behalf of other persons similarly situated,<br><br>        Plaintiffs,<br><br>   vs.<br><br>HUTCHINS DRYWALL INCORPORATED, a Nevada Corporation, MARK R. HUTCHINS, as an individual, PULTE HOME CORPORATION, a Michigan Corporation, CENTENNIAL DRYWALL SYSTEMS, INC, a Utah Corporation, and DOES 1 through 10,<br><br>        Defendants. | No.    2:06-CV-01177-KJD-LRL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the Joint Motion to Approve Settlement together with the Settlement Stipulation attached thereto (Doc. No. 176) that was previously filed with the Court in order to accomplish a global resolution of the matter without any admission of liability, and pursuant to the Court's Order Approving Settlement (Doc No. 181), it is hereby stipulated by and between the

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
(Case No. 2:-06-CV-01177-KJD-LRL)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

112169/643232

parties to this action through their designated counsel that the above-captioned action be dismissed in its entirety, with prejudice, each party to bear their own attorneys' fees and costs, pursuant to Fed. R. Civ. P. 41.

Under this Court's Order Approving Settlement (Doc No. 181), plaintiffs' counsel was required to administer the claims process for a period of ninety (90) days. Pursuant to the Stipulation of Settlement (Doc No. 181, pp. 6-8), plaintiffs' counsel was required to file and serve all the releases signed by the opt-in plaintiffs, and the Court thereafter to dismiss the action in its entirety, with prejudice. Attached hereto as Exhibit 1 to this Stipulation and Proposed Order are 35 releases, termed "Settlement and Confidentiality Agreement" signed by the opt-in plaintiffs who responded during the claims process.

Pursuant to the claims process specified in the Order Approving Settlement and Stipulation of Settlement (Doc No. 181), plaintiffs' counsel represents that they notified all the plaintiffs and opt-in plaintiffs, about the terms of the settlement, provided them with the Settlement and Confidentiality Agreement approved by the parties, and sent this information to the opt-in plaintiffs at their last known mailing addresses on July 28, 2011 and August 13, 2011. Plaintiffs' counsel further represent that they conducted an additional address search for those opt-in plaintiffs who did not respond, or for whom the mailings were returned with an indication that the address was insufficient. Plaintiffs' counsel additionally represent that they sent the approved release confidentiality agreement to the opt-in plaintiffs at any new addresses obtained pursuant to this address search. At the close of the ninety day claims process, 35 opt-in plaintiffs signed the releases, copies of which are attached to this Stipulation and Proposed Order. Pursuant to the parties Stipulation of Settlement and the Court's Order Approving Settlement, plaintiffs have administered the claims process for the period specified therein and the claims process is now closed.

Defendants have also complied with the Stipulation of Settlement and Order Approving Settlement.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

2
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
(Case No. 2:-06-CV-01177-KJD-LRL)

112169/643232

1  Plaintiffs will wait to distribute the proceeds from the settlement until the Court approves
2  this Stipulation and [Proposed] Order for Dismissal.
3  As the parties have complied with the Order Approving Settlement, and as plaintiffs'
4  counsel has administered the claims process and has filed and served the signed opt-in releases, it
5  is hereby stipulated, by and through the designated counsel below, that the above-captioned action
6  be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and
7  costs, pursuant to Fed. R. Civ. P. 41.

Dated: November 2, 2011

        WEINBERG, ROGER & ROSENFELD
        A Professional Corporation

By:       /s/  *Alan G. Crowley*
     DAVID A. ROSENFELD
     ALAN C. CROWLEY
     Attorneys for Plaintiffs

Dated: November 2, 2011

        SANTORO, DRIGGS, WALCH, KEARNEY,
        HOLLEY & THOMPSON

By:       /s/  *James E. Whitmire*
     JAMES E. WHITMIRE
     Attorneys for Defendants
     HUTCHINS DRYWALL, INC. and MARK
     HUTCHINS

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

3
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
(Case No. 2:-06-CV-01177-KJD-LRL)

112169/643232

# **ORDER**

Pursuant to the Joint Motion to Approve Settlement together with the Settlement Stipulation attached thereto (Doc. No. 176) that was previously filed with the Court in order to accomplish a global resolution of the matter without any admission of liability, and as the parties have complied with the Order Approving Settlement, the Stipulation of Settlement, and claims process specified therein (Doc No. 181), the Court approves the stipulation for dismissal and hereby Orders that this case be dismissed in is entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

Dated: 11/2/11 , 2011

UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

4
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
(Case No. 2:-06-CV-01177-KJD-LRL)

112169/643232

# EXHIBIT 1

The following table shows the opt-in plaintiffs who submitted releases. Copies of the releases are behind the table.

| LAST NAME | FIRST NAME |
| --- | --- |
| 1. Arias | Luis |
| 2. Armenta | Arturo Chapurro |
| 3. Arteaga | Arturo |
| 4. Arteaga | Eduardo |
| 5. Barragan | Avelino |
| 6. Beltran | Mauricio Vasquez |
| 7. Benitez | Gabriel |
| 8. Blanco | Jose Miguel |
| 9. Cruz | Saul Sanchez |
| 10. Flores | Francisco Carrillo |
| 11. Flores | David O. |
| 12. Flores | Jose Miguel |
| 13. Fuerte | Jose |
| 14. Garcia | Constancio |
| 15. Garcia | Eduardo Pacheco |
| 16. Garcia | Meliton Gonzales |
| 17. Hernandez | Oscar |
| 18. Hernandez | Clemente |
| 19. Hernandez | Moises |
| 20. Jimenez | Gerardo Davalos |
| 21. Martines | Angel |
| 22. Martinez | Juan Carlos Garcia |
| 23. Martinez Maria | Adan |
| 24. Murgia | Jorge |
| 25. Pacheco | Acelio Alcocer |

5

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
(Case No. 2:-06-CV-01177-KJD-LRL)

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

112169/643232

| LAST NAME | FIRST NAME |
|---|---|
| 26. Pina | Jesus A. |
| 27. Robles | Victor Hugo |
| 28. Roman (Chavez) | Eduardo |
| 29. Roque | Abel Gonzalez |
| 30. Sanchez | Everardo Ayala |
| 31. Sanchez | Jose Luis A. |
| 32. Santiago | Jose Luis de |
| 33. Santiago C. | Eduardo de |
| 34. Vasquez | Francisco |
| 35. Vazquez | Jose de Jesus G. |

6

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
(Case No. 2:-06-CV-01177-KJD-LRL)

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

112169/643232